TYCKO & ZAVAREEI LLP
Kristen L. Sagafi (State Bar No. 222249)
Annick M. Persinger (State Bar No. 272996)
483 Ninth St., Suite 200
Oakland, CA 94607
Telephone: (510) 254-6810
Facsimile: (510) 210-0571
E-Mail: ksagafi@tzlegal.com
  apersinger@tzlegal.com

TYCKO & ZAVAREEI LLP
Jonathan K. Tycko
Lorenzo B. Cellini
1828 L Street, N.W., Suite 1000
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
E-Mail: jtycko@tzlegal.com
  lcellini@tzlegal.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARETTE SMITH on Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC,<br><br>Defendant. | Case No. 3:16-cv-02519-GPC-BLM<br><br>**DECLARATION OF SARAH SAKINAH GROZA O'LOUGHLIN PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 377.32**<br><br>Date:<br>Time: 1:30 p.m.<br>Courtroom: 2D<br><br>Hon. Gonzalo P. Curiel |

DECLARATION OF SARAH SAKINAH GROZA O'LOUGHLIN            1

I, Sarah Sankinah Groza O'Loughlin, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would competently testify thereto under oath.

2. My grandmother, Margarette Smith, passed away on April 18, 2017, and we held services for her on April 28, 2017 in San Diego at Holy Cross Catholic Cemetery. [Cal. Code Civ. P. 377.32(a)(1)-(2)].

3. My grandmother's home at 2452 Blackton Drive, San Diego CA 92105 is part of an irrevocable trust that that my two sisters and I are the only beneficiaries to per my grandmother's last will and testament filed with the San Diego recorder's office.

4. No proceeding is now pending in California for the administration of my grandmother's estate. [Cal. Code Civ. P. 377.32(a)(3)]. Thus, my grandmother's estate has no personal representatives since there is no court-appointed executor or administrator of the estate.

5. My sisters and I are equal beneficiaries of my grandmother's trusts, and none of us has an interest superior to another. As a result, no other person has a superior right to me or my sisters to be substituted for the decedent in the pending action or proceeding. [Cal. Code Civ. P. 377.32(a)(6)].

6. I seek to continue my grandmother's action as my grandmother's successor in interest. She is a successor in interest as defined in Section 377.11 of the California Code of Civil Procedure ("For the purposes of this chapter, "decedent's successor in interest" means the beneficiary of the decedent's estate or other successor in interest who succeeds to a cause of action or to a particular item of the property that is the subject of a cause of action.").

7. My sister Seher Basak and I are still living at our family home at 2452 Blackton Drive, San Diego CA 92105 and intend to continue doing so.

DECLARATION OF SARAH SAKINAH GROZA O'LOUGHLIN       2

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed this __20__ th day of July 2017.

*/s/ Sarah Sakinah Groza-O'Loughlin*
SARAH SAKINAH GROZA O'LOUGHLIN